| From: | Isaac Lefkowitz |
|---|---|
| To: | Hyman, James |
| Cc: | King, Scott; Abe Goldberger; David Gefner; Jay Leitner; Heather Adelman; James D. Gassenheimer |
| Subject: | [EXTERNAL] EC EE Agreements |
| Date: | Friday, December 3, 2021 2:02:18 PM |
| Attachments: | image001.png |

**This Message has originated outside of your organization.**

Unacceptable James,

We clarified clearly to you our position that we have no intention of making any employment changes in the company from the CEO all the way down the flag pole.

We ask for a clean resignation of all the officers without any conditions attached.

You can speak to our attorneys if you wish but our position on this matter of going forward will not change.

Heather A. Adelman, Esq.
Mobile 973-477-2519



All he best,

**Isaac Lefkowitz**
Director



C. +1.646.623.5200
O. +1.212.737.4478
D. +1.212.951.1076

il@perigrove.com
www.perigrove.com

**From:** Hyman, James <James.Hyman@corizonhealth.com>
**Sent:** Friday, December 03, 2021 1:28 PM
**To:** Isaac Lefkowitz <il@perigrove.com>
**Cc:** King, Scott <Scott.King@corizonhealth.com>
**Subject:** RE: EC EE Agreements

Language of resignation.

Effective concurrent with the closing of the sale of the equity of M2 Holdco to _____ (the "Purchaser"), and at the request of the Purchaser as a condition of closing, we, the undersigned individuals, hereby resign from our respective positions as officers and directors for all of the companies as listed below (the "Companies"), but shall remain as full time,W-2 employees of the Companies in strict accordance with, without other diminution of, and per the existing terms and conditions of our respective written employment agreements"

**From:** Hyman, James
**Sent:** Friday, December 3, 2021 11:20 AM
**To:** Isaac Lefkowitz <il@perigrove.com>
**Cc:** King, Scott <Scott.King@corizonhealth.com>
**Subject:** RE: EC EE Agreements

Yes, Greg Ladele is part of the Executive Committee and his agreement will be part of the group sent by Scott.

**From:** Isaac Lefkowitz <il@perigrove.com>
**Sent:** Friday, December 3, 2021 11:17 AM
**To:** Hyman, James <James.Hyman@corizonhealth.com>
**Cc:** King, Scott <Scott.King@corizonhealth.com>
**Subject:** [EXTERNAL] Re: EC EE Agreements

**This Message has originated outside of your organization.**

How about the CMO?

**Isaac Lefkowitz**
Director



Perigrove

C. +1.646.623.5200
O. +1.212.737.4478
D. +1.212.951.1076

il@perigrove.com
www.perigrove.com

**From:** Hyman, James <James.Hyman@corizonhealth.com>
**Sent:** Friday, December 3, 2021 11:16:04 AM

**To:** Isaac Lefkowitz <il@perigrove.com>
**Cc:** King, Scott <Scott.King@corizonhealth.com>
**Subject:** RE: EC EE Agreements

For non-executives, we have one for our Chief Nursing Officer, but she's not an officer of the company and there is no change of control trigger. We have one for our Chief Psychiatrist but he has resigned with his last day next week. All others are at will employees.

**From:** Isaac Lefkowitz <il@perigrove.com>
**Sent:** Friday, December 3, 2021 11:10 AM
**To:** Hyman, James <James.Hyman@corizonhealth.com>
**Cc:** King, Scott <Scott.King@corizonhealth.com>
**Subject:** [EXTERNAL] Re: EC EE Agreements

**This Message has originated outside of your organization.**

Or any other employment contracts Corizon actively has.

**Isaac Lefkowitz**
Director

Perigrove

C. +1.646.623.5200
O. +1.212.737.4478
D. +1.212.951.1076

il@perigrove.com
www.perigrove.com

On Dec 3, 2021 10:44 AM, "Hyman, James" <James.Hyman@corizonhealth.com> wrote:

Scott,

Please send asap to Isaac the employment agreements for members of the Executive Committee.

James

James E. Hyman, CEO
**Corizon Health**
103 Powell Ct, Brentwood, TN 37027
T: +1.615.660.6869 | C:+1.203.539.1401
James.Hyman@CorizonHealth.com

