| From: | Isaac Lefkowitz |
|---|---|
| To: | Hyman, James |
| Subject: | [EXTERNAL] Re: Debrief |
| Date: | Sunday, December 5, 2021 7:55:39 PM |
| Attachments: | image001.png |

**This Message has originated outside of your organization.**

No changes, this is just for interim banking, we have credit lines with BOA so we can link accounts.

**Isaac Lefkowitz**
Director



C. +1.646.623.5200
O. +1.212.737.4478
D. +1.212.951.1076

il@perigrove.com
www.perigrove.com



---

**From:** Hyman, James <James.Hyman@corizonhealth.com>
**Sent:** Sunday, December 5, 2021 7:52:18 PM
**To:** Isaac Lefkowitz <il@perigrove.com>
**Subject:** RE: Debrief

Isaac,

Any decision on the "who" yet?

Also, although the officers will change (eg Abe as President) for communications (internal, customer) are you wanting us to still position me as CEO, Jeff as CFO, etc.?

-------- Original message --------
From: "Hyman, James" <James.Hyman@corizonhealth.com>
Date: 12/5/21 10:07 AM (GMT-05:00)
To: Isaac Lefkowitz <il@perigrove.com>
Subject: Debrief

Isaac,

Completely understand the rationale for no outbound PR. When we talk to customers and say "we've been bought, the financial guys are gone, the new guys are committed to healthcare, etc." and the customer asks, "so who are they?", what do you want us to say?

James

James E. Hyman, CEO
**Corizon Health**
103 Powell Ct, Brentwood, TN 37027
T: +1.615.660.6869 | C:+1.203.539.1401
James.Hyman@CorizonHealth.com

