| From: | Hyman, James |
|---|---|
| To: | King, Scott; James Gassenheimer |
| Subject: | RE: Resignations |
| Date: | Thursday, December 2, 2021 7:54:00 PM |
| Attachments: | image001.png |

Scott,

I've got to check with my counsel on the resignation wording as CEO. Although it says "shall remain as full time,W-2 employees of the Companies", I want to be sure that it doesn't inadvertently give anyone argument that I have surrendered rights under my employment agreement.

It may require the addition of a phrase such as "other than the respective positions named, this resignation does not affect any of the terms or conditions currently in effect in the executive's employment agreement with Valitas Health Services, Inc."

**From:** King, Scott <Scott.King@corizonhealth.com>
**Sent:** Thursday, December 2, 2021 6:37 PM
**To:** James D. Gassenheimer <jgassenheimer@bergersingerman.com>
**Cc:** Hyman, James <James.Hyman@corizonhealth.com>
**Subject:** FW: Resignations

James,

Attached for you review are the drafts of the D&O resignations we discussed earlier. I have separated into two documents as the Corizon officers will stay on in an employment capacity and I have noted that in the document pertaining to the officers. I have listed the resignation date as December 3.

Thanks.

Scott

**Scott King**
**Chief Legal Officer**

