# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JAMES E. HYMAN | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 3:22-cv-01081 |
| YESCARE CORP., et al. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VALITAS INTERMEDIATE HOLDINGS, INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kay Griffin, PLLC
c/o Michael A. Johnson
222 Second Ave. N., Ste. 340-M
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/17/2023

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Valitas Intermediate Holdings, Inc.**
was received by me on *(date)* **1.26.23** .

☒ I personally served the summons on the individual at *(place)* **via certified mail at listed address** on *(date)* **2.21.23** ; or **proof attached**

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **3.2.23**

*Server's signature*

**Ruth E. Walker c/o Kay Griffin**
*Printed name and title*

**222 Second Ave. N, Ste. 340-M, Nashville, TN 37201**
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature **RECEIVED**<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) **FEB 21 2023** C. Date of Delivery |
| 1. Article Addressed to:<br>Valitas Intermediate Holdings, Inc.<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>**ST CORPORATION** |
| 9590 9402 7849 2234 9108 87 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☒ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 3330 0000 5745 2128 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |



USPS TRACKING #

9590 9402 7849 2234 9108 87

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box •

Kay Griffin, PLLC
c/o Ruthie Walker
222 2nd Ave. N., Ste. 340M
Nashville, TN 37201

Case 3:22-cv-01081   Document 23   Filed 03/02/23   Page 4 of 4 PageID #: 3