# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES E. HYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:22-cv-01081 |
| YESCARE CORP., VALITAS | ) | |
| INTERMEDIATE HOLDINGS, INC., | ) | Campbell/Holmes |
| CHS TX, INC., PERIGROVE, LLC, | ) | |
| SARA TIRSCHWELL, SCOTT KING, | ) | JURY DEMAND |
| ABRAHAM GOLDBERGER, | ) | |
| YITZCHOK "ISAAC" LEFKOWITZ, | ) | |
| and DAVID GEFNER, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE TO STRIKE

Plaintiff James E. Hyman gives notice of striking his previously filed Motion for Entry of Default against Perigrove, LLC.

                                                  Respectfully submitted,

                                                  s/ Michael A. Johnson
                                                  Michael A. Johnson (#30210)
                                                  Casey R. Malloy (#38440)
                                                  KAY GRIFFIN, PLLC
                                                  222 Second Avenue North, Suite 340-M
                                                  Nashville, Tennessee 37201
                                                  (615) 742-4800
                                                  mjohnson@kaygriffin.com
                                                  cmalloy@kaygriffin.com
                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing notice has been served via CM/ECF upon the following:

W. Travis Parham (#16846)
Andrew A. Warth (#27606)
Karolyn G. Perry (#36900)
Holland & Knight
511 Union Street
Suite 2700
Nashville, TN 37219
travis.parham@hklaw.com
drew.warth@hklaw.com
Karolyn.perry@hklaw.com
*Attorneys for YesCare, Inc., CHS TX, Inc. and Scott King*

Russell B. Morgan (#20218)
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
P.O Box 340025
Nashville, TN 37203-0025
rmorgan@bradley.com
*Attorney for Valitas Intermediate Holdings, Inc.*

Henry E. ("Ned") Hildebrand, IV (#32168)
Dunham Hildebrand, PLLC
2416 21st Avenue South, Suite 303
Nashville, TN 37212
615.933.5851
ned@dhnashville.com
*Attorney for Perigrove, LLC and David Gefner*

and via U.S. mail upon:

Sara Tirschwell
3411 Yoakum Blvd., Unit 2901
Houston, TX 77006


Abraham Goldberger
351 Spook Rock Road
Suffern, NY 10901

    Yitzchok "Isaac" Lefkowitz
    1449 57th Street
    Brooklyn, NY 11219

on this the 24th day of May, 2023.

                                                s/ Michael A. Johnson