IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES E. HYMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:22-cv-01081 ) ) |
| YESCARE CORP., et al., | ) JUDGE CAMPBELL ) MAGISTRATE JUDGE HOLMES |
| Defendants. | ) ) |

## ORDER

Pending before the Court is the parties Joint Motion to Stay this case pending the outcome of a non-party's bankruptcy proceeding in the Southern District of Texas. (Doc. No. 36). The parties agree that the resolution of the bankruptcy proceeding is necessary for this case to proceed, and that judicial economy is best served by a stay. Pursuant to the agreement of the parties, this case is **STAYED**. The Clerk is directed to administratively close the file.

Plaintiff's Motion for Entry of Default (Doc. No. 33) is **DENIED** pursuant to Plaintiff's Notice to Strike that filing (Doc. No. 35).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE