IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES E. HYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 3:22-cv-01081 |
| YESCARE CORP., VALITAS ) | |
| INTERMEDIATE HOLDINGS, INC., ) | Campbell/Holmes |
| CHS TX, INC., PERIGROVE, LLC, ) | |
| SARA TIRSCHWELL, SCOTT KING, ) | JURY DEMAND |
| ABRAHAM GOLDBERGER, ) | |
| YITZCHOK "ISAAC" LEFKOWITZ, ) | |
| and DAVID GEFNER, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of all claims raised in this action, with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

s/ Casey R. Malloy
Michael A. Johnson (#30210)
Casey R. Malloy (#38440)
KAY GRIFFIN EVANS, PLLC
222 Second Avenue North, Suite 340-M
Nashville, Tennessee 37201
(615) 742-4800
mjohnson@kaygriffin.com
cmalloy@kaygriffin.com
*Attorneys for Plaintiff*

s/ W. Travis Parham w/perm. CRM (#38440)
W. Travis Parham (#16846)
Andrew A. Warth (#27606)
Karolyn G. Perry (#36900)
Holland & Knight
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 850-8874
travis.parham@hklaw.com
drew.warth@hklaw.com
karolyn.perry@hklaw.com
*Attorneys for YesCare, Inc., CHS TX, Inc. and Scott King*

s/ Russell B. Morgan w/perm. CRM (#38440)
Russell B. Morgan (#20218)
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O Box 340025
Nashville, TN 37203-0025
(615) 252-2311
rmorgan@bradley.com
*Attorney for Valitas Intermediate Holdings, Inc.*

s/ Henry E. Hildebrand, IV w/perm. CRM (#38440)
Henry E. ("Ned") Hildebrand, IV (#32168)
Dunham Hildebrand, PLLC
2416 21st Avenue South, Suite 303
Nashville, TN 37212
(615) 933-5851
ned@dhnashville.com
*Attorney for David Gefner and Perigrove, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of the foregoing motion has been served via CM/ECF upon the following:

  W. Travis Parham (#16846)
  Andrew A. Warth (#27606)
  Karolyn G. Perry (#36900)
  Holland & Knight
  511 Union Street
  Suite 2700
  Nashville, TN 37219
  travis.parham@hklaw.com
  drew.warth@hklaw.com
  Karolyn.perry@hklaw.com
  *Attorneys for YesCare, Inc., CHS TX, Inc. and Scott King*

  Russell B. Morgan (#20218)
  Bradley Arant Boult Cummings LLP
  1600 Division Street
  Suite 700
  P.O Box 340025
  Nashville, TN 37203-0025
  rmorgan@bradley.com
  *Attorney for Valitas Intermediate Holdings, Inc.*

  Henry E. ("Ned") Hildebrand, IV (#32168)
  Dunham Hildebrand, PLLC
  2416 21st Avenue South, Suite 303
  Nashville, TN 37212
  (615) 933-5851
  ned@dhnashville.com
  *Attorney for David Gefner and Perigrove, LLC*

and via U.S. mail upon:

  Sara Tirschwell
  3411 Yoakum Blvd., Unit 2901
  Houston, TX 77006

  Abraham Goldberger
  351 Spook Rock Road
  Suffern, NY 10901

3

Case 3:22-cv-01081   Document 38   Filed 07/10/23   Page 3 of 4 PageID #: 413

  Yitzchok "Isaac" Lefkowitz
  1449 57th Street
  Brooklyn, NY 11219

on this the 10th day of July, 2023.

                     s/ Casey R. Malloy