# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES E. HYMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:22-cv-01081 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| YESCARE CORP., et al., ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| Defendants. ) | |

## ORDER

The parties have filed a Stipulation of Dismissal indicating that all claims in this action may be dismissed with prejudice. (Doc. No. 38). Pursuant to the agreement of the parties, this action is **DISMISSED** with prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE